IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | |
| | : | 5:24-cr-00277-1 |
| PHILIP EVERTON McPHERSON, II | : | |

## AMENDED NOTICE OF HEARING

Take notice that the defendant is scheduled for **ORAL ARGUMENT re: Motion to Withdraw Plea of Guilty (ECF No. 136)** on **TUESDAY, JANUARY 27, 2026** at **9:30 A.M.** before **Judge John M. Gallagher** in **Courtroom 4B** of the United States District Court, Edward N. Cahn Building, 504 West Hamilton Street, Allentown, Pennsylvania.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☒ **Hearing rescheduled from:** Amendment is for type of hearing on the same date/time

For additional information, please contact the undersigned.

By:     Christine C. Stein, Courtroom Deputy to Judge John M. Gallagher
        Phone: 610-391-7012

Date:   January 22, 2026

cc via email:   Marie Miller, AUSA
                Robert Schopf, AUSA
                Angelo L. Cameron, Esq.
                Mark A. Dombroff, Esq.
                Philip Everton McPherson, II, Defendant
                U.S. Marshal
                Probation Office
                Pretrial Services
                Interpreter Coordinator